

**U.S. Department of Justice**

**MEMO ENDORSED**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 4, 2021

**BY ECF & EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Victor Osorio*, 21 Cr. 219 (KMK)

Dear Judge Karas:

The Government and defendant Victor Osorio, through his counsel Sam Braverman, jointly write to respectfully request a two-month adjournment of the conference in above-captioned matter, currently scheduled for Wednesday, June 16, 2021 at 11:00 a.m. The parties further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the new conference date, in order to allow the defendant and counsel to continue to review the voluminous discovery and to allow additional time for any discussions concerning a potential pretrial resolution of this matter. Counsel for Mr. Osorio consents to the exclusion of time under the Speedy Trial Act through the date of the next conference.

Granted. The conference is adjourned until 9/ 9 /21, at 2:00. Time is excluded until then, in the interests of justice, to allow the Parties to review the voluminous discovery in this case. The interests of justice from this exclusion ouweigh the public's and Defendant's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

/s/ K. Karas
6/7/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   /s/ Janis Echenberg
Janis Echenberg
Jeffrey C. Coffman
Steven J. Kochevar
Assistant United States Attorneys
Tel: 646-285-8091

Cc:   Sam Braverman, Esq.,
Counsel of Record (via ECF)