

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 5, 2021

**BY ECF & EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:   *United States v. Victor Osorio*, 21 Cr. 219 (KMK)

Dear Judge Karas:

      The Government respectfully requests a one-month adjournment of the conference in above-captioned matter, currently scheduled for Wednesday, October 13, 2021 at 2:00 p.m. The Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the new conference date, in order to allow additional time for any discussions concerning a potential pretrial resolution of this matter. Counsel for Mr. Osorio consents to the present requests.

Granted. The conference is adjourned to 11/18/21, at 2:00. Time is excluded until then, in the interests of justice, to allow the Parties adequate time to conduct discussions toward a disposition. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

*/signature/*

10/5/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   /s/ Steven J. Kochevar
       Steven J. Kochevar
       Assistant United States Attorney
       Tel: (914) 993-1928

Cc:   Sam Braverman, Esq.,
       Counsel of Record (via ECF)